UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TIMOTHY ANDREW CRANE,

        Plaintiff,

v.

CHAD PALMITER ET AL.,

        Defendants.

_____/

Case No. 1:24-cv-371

Honorable Ray Kent

## ORDER TO FILE AMENDED COMPLAINT

This is a civil rights action brought by a federal pretrial detainee under 42 U.S.C. § 1983. All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). Plaintiff failed to file his complaint on the requisite form. In addition, Plaintiff's complaint, as pled, is conclusory and fails to include specific facts regarding the conduct of each of the named Defendants as it relates to himself. If Plaintiff wishes to proceed with his action, he must carefully fill out the form and include factual allegations regarding the allegedly unconstitutional conduct of the named Defendants which affected him as opposed to other inmates and submit it to the Court.

The Court directs the Clerk to send to Plaintiff a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody. Plaintiff shall submit an amended complaint by filing his complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the original complaint, so it must include all of the Defendants that Plaintiff intends to sue and all of the claims that Plaintiff intends to raise. Plaintiff need not re-submit supporting exhibits filed with the original complaint.

As noted above, the amended complaint should include factual allegations regarding the alleged violations of his constitutional rights and explaining the involvement of each of the named Defendants. In addition, Plaintiff is cautioned that "a civil plaintiff may not name more than one defendant in his original or amended complaint unless one claim against each additional defendant is transactionally related to the claim against the first defendant and involves a common question of law or fact." *Proctor v. Applegate*, 661 F. Supp. 2d 743, 778 (E.D. Mich. 2009) (internal quotation omitted). The case number shown above must appear on the front page of the amended complaint. If Plaintiff fails to submit an amended complaint in proper form within the time allowed, the Court may dismiss the complaint without prejudice.

Because the Court is granting Plaintiff leave to file an amended complaint, his request to and amend his complaint to correct the case caption (ECF No. 5) is unnecessary and is properly denied as moot.

**IT IS SO ORDERED**.

Dated:   4/24/2024                                       /s/ Ray Kent
                                                        Ray Kent
                                                        United States Magistrate Judge