UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY ANDREW CRANE,

        Plaintiff,

v.

CHAD PALMITER, *et al.*,

        Defendants.

_____/

Case No. 1:24-cv-371

Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion and Order entered this day, Judgment is entered in favor of defendants and against plaintiff Timothy Andrew Crane.

Dated: September 19, 2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge